IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SU CHANG MUN,<br><br>Defendant. | Case No.  24-cv-07623-MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Before the Court is plaintiff's Motion for Summary Judgment, filed March 27, 2026. Defendant has filed opposition, to which plaintiff has replied.  The matter came on regularly for hearing on May 1, 2026.  Connor J. Pestovich of the Department of Justice appeared on behalf of plaintiff United States of America.  Timothy Roscoe Carter of the Justice and Diversity Center of the Bar Association of San Francisco appeared on behalf of defendant Su Chang Mun.

The Court, having considered the parties' respective written submissions as well as the arguments of counsel made at the hearing, and for the reasons stated in detail on the record at the hearing, hereby rules as follows.

Plaintiff has submitted, for each of the disputed tax years, evidence courts have held "sufficient to show" a Notice of Deficiency ("NOD") was "timely mailed to [defendant]" in compliance with 26 U.S.C. § 6212(a), namely, a Form 4340, bearing the entry "Additional tax assessed by examination audit deficiency per default of 90 day letter" and, a  "File Copy" of the NOD showing defendant's last known address and bearing a stamped date of more than 90 days before the assessment date on the Form 4340.  See Jordan v. Comm'r, T.C. Memo. 2011-243, at *4 (2011); see also United States v. Meyer, 914 F.3d 592, 595 (8th Cir. 2019) (holding NOD along with Form 4340 stating assessed

United States District Court
Northern District of California

deficiencies were made "'per default of 90 day letter'" sufficed to "establish[ ] . . proper mailing of the NOD").  Moreover, in the instant case, plaintiff has submitted in support of its motion a Certified Mail Receipt, attached to the File Copy and stamped with the same date as the NOD, which stub bears a tracking number and, although lacking a stamp by the United States Postal Service, constitutes further evidence of the requisite mailing.

In response to plaintiff's motion, defendant has neither disputed the foundation for the above-referenced exhibits nor submitted evidence otherwise sufficient to raise a triable issue of material fact as to whether proper notice was mailed.[1]

Accordingly, plaintiff's Motion for Summary Judgment is hereby GRANTED, and the Clerk is hereby DIRECTED to enter judgment in favor of plaintiff and against defendant for unpaid federal income taxes for the tax years 2009, 2010, 2011, and 2012 in the amount of $312,225.01, less any credits according to proof, and together with statutory interest, costs, and other ancillary recoverable sums according to proof.

**IT IS SO ORDERED.**

Dated: May 5, 2026

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California

---

[1] The above explanation is in no manner intended to replicate the entirety of the Court's analysis set forth on the record at the hearing.

2